1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
9                                AT TACOMA

10   CADET MANUFACTURING COMPANY,

11              Plaintiff,

12        v.                                        Case No. 04-5411 FDB

13   AMERICAN INSURANCE COMPANY,                    ORDER GRANTING DEFENDANT
     ROYAL INSURANCE COMPANY OF                     GREAT AMERICAN INSURANCE
14   AMERICA f/k/a ROYAL GLOBE                      COMPANY'S MOTION FOR LEAVE
     INSURANCE COMPANY, EMPLOYERS                   TO FILE FIRST AMENDED
15   INSURANCE COMPANY OF WAUSAU,                   ANSWER
     AMERICAN GUARANTEE AND
16   LIABILITY INSURANCE COMPANY,
     FIREMAN'S FUND INSURANCE
17   COMPANY, NATIONAL SURETY
     CORPORATION, GRANITE STATE
18   INSURANCE COMPANY, CENTURY
     INDEMNITY INSURANCE COMPANY,
19   GREAT AMERICAN INSURANCE
     COMPANY, AND AGRICULTURAL
20   EXCESS AND SURPLUS INSURANCE
     COMPANY,
21
                Defendant.
22

23        This matter comes before the Court upon motion of Defendant Great American Insurance

24   Company for leave to file its first amended answer.  Defendant seeks leave to add a cross-claim

25   against Defendant Granite Insurance Company to recover any costs equitably owing to Great

26   ORDER - 1

1   American from Granite State.

2       Having considered to the motion and receiving no objection thereto, the Court finds for the

3   reasons set forth hereinafter that the motion for leave to file first amended answer shall be

4   **GRANTED.**

5       ACCORDINGLY,

6       IT IS ORDERED:

7       (1)     Defendant Great American Insurance Company's motion for leave to file first

8              amended answer (dkt. #111) is **GRANTED.**

11       DATED this  12th  day of July, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

26   ORDER - 2