Judge Franklin D. Burgess

```
_____ FILED _____ LODGED
_____ RECEIVED

JUL 15 2005

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON AT TACOMA

CADET MANUFACTURING COMPANY,

    Plaintiff,

    v.

AMERICAN INSURANCE COMPANY,
ROYAL INSURANCE COMPANY OF
AMERICA f/k/a ROYAL GLOBE
INSURANCE COMPANY, EMPLOYERS
INSURANCE COMPANY OF WAUSAU,
AMERICAN GUARANTEE AND LIABILITY
INSURANCE COMPANY, FIREMAN'S
FUND INSURANCE COMPANY,
NATIONAL SURETY CORPORATION,
GRANITE STATE INSURANCE COMPANY,
CENTURY INDEMNITY COMPANY,
GREAT AMERICAN INSURANCE
COMPANY, AND AGRICULTURAL
EXCESS AND SURPLUS INSURANCE
COMPANY,

    Defendants.

NO.  C04-5411 FDB

STIPULATION AND ~~PROPOSED~~
ORDER RE:  CADET
MANUFACTURING
COMPANY'S MOTION FOR
ORDER APPROVING
SETTLEMENT AND BARRING
CLAIMS AGAINST SETTLING
INSURERS



04-CV-05411-ORD

STIPULATION AND PROPOSED ORDER - 1
No. C04-5411 FDB

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

## STIPULATION

WHEREAS, all parties have agreed to resolve by this Stipulation the issues raised by

Cadet Manufacturing Company's ("Cadet") Motion for Order Approving Settlement and Barring

Claims Against Settling Insurers ("Claim-Bar Motion");

IT IS HEREBY stipulated by the undersigned counsel for the parties as follows:

1.      The Claim-Bar Motion may be GRANTED with respect to any contribution

claims that may be asserted against the following settling defendants: American Insurance

Company, Royal Insurance Company Of America F/K/A Royal Globe Insurance Company,

Employers Insurance Company Of Wausau, American Guarantee and Liability Insurance

Company, Fireman's Fund Insurance Company, National Surety Corporation, and Agricultural

Excess and Surplus Insurance Company (the "Settling Defendants").

2.      Neither the Claim-Bar Motion nor the Settlement Agreement and Release on

which it is based shall prejudice or alter in any way:  (a) defendant Granite State Insurance

Company's ("Granite State") rights, defenses, or positions with respect to Cadet's claims for

insurance coverage under Granite State's policies; (b) Cadet's rights, obligations, defenses, or

positions with respect to Cadet's claims for insurance coverage under Granite State's policies;

(c) Granite State's rights, obligations, defenses, or positions with respect to any future claims for

contribution that may be asserted by defendants Century Indemnity Company ("Century") and/or

Great American Insurance Company ("Great American") in connection with Cadet's claims for

insurance coverage under Granite State's policies; or (d) Century's and/or Great American's

rights, obligations, defenses, or positions with respect to any future claims for contribution that

Century or Great American may assert against Granite State in connection with Cadet's claims

for insurance coverage under Granite State's policies.

STIPULATION AND PROPOSED ORDER - 2
No. C04-5411 FDB

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

1
2  Claim Bar Order" within the meaning of Paragraph 2.8 of the Main Settlement Agreement.

3  DATED this 7th day of June _____, 2005.
4
5  **GORDON MURRAY TILDEN LLP**          **SOHA & LANG**
6
7
8  By_____              By_____
9  Franklin D. Cordell, WSBA #26329       Steven Soha, WSBA #9415
10  Attorneys for Plaintiff               Misty Edmundson, WSBA #296096
11  Cadet Manufacturing Company           Attorneys for Defendant
12                                        Century Indemnity Company
13
14  **KELLER ROHRBACK L.L.P.**            **ABBOTT & PRANGE, P.C.**
15
16
17  By_____              By_____
18  Margaret E. Wetherald, WSBA #13917    David E. Prange, WSBA #32651
19  Attorneys for Defendants              Attorneys for Defendants
20  Fireman's Fund Insurance Company and  Great American Insurance Company and
21  The American Insurance Company        Agricultural Excess and Surplus Insurance
22                                        Company
23
24  **CARNEY BADLEY SPELLMAN, P.S.**      **KARR TUTTLE CAMPBELL**
25
26
27  By_____              By_____
28  Donald J. Verfurth, WSBA #15554       Robert A. Radcliffe, WSBA #19035
29  Neal J. Philip, WSBA #22350           Jacquelyn A. Beatty, WSBA #17567
30  Attorneys for Defendant               Attorneys for Defendant
31  Granite State Insurance Company       American Guarantee and Liability Insurance
32                                        Company
33
34  **GORDON & POLSCER, L.L.C.**          **BARBER LAW GROUP**
35
36
37  By_____              By_____
38  Joseph D. Hampton, WSBA #15297        Bryan M. Barber
39  Russell W. Pike, WSBA #17715          Attorneys for Defendant
40  Attorneys for Defendant               Employers Insurance of Wausau
41  Royal Insurance Company of America f/k/a
42  Royal Globe Insurance Company
43
44
45

STIPULATION AND PROPOSED ORDER - 4
No. C04-5411 FDB

Claim-Bar Order" within the meaning of Paragraph 2.8 of the Main Settlement Agreement.

DATED this 7th day of June _____, 2005.

**GORDON MURRAY TILDEN LLP**

By _____
  Franklin D. Cordell, WSBA #26329
Attorneys for Plaintiff
Cadet Manufacturing Company

**SOHA & LANG**

By _____
  Steven Soha, WSBA #9415
  Misty Edmundson, WSBA #296096
Attorneys for Defendant
Century Indemnity Company

**KELLER ROHRBACK L.L.P.**

By _____
  Margaret E. Wetherald, WSBA #13917
Attorneys for Defendants
Fireman's Fund Insurance Company and
The American Insurance Company

**ABBOTT & PRANGE, P.C.**

By _____
  David E. Prange, WSBA #32651
Attorneys for Defendants
Great American Insurance Company and
Agricultural Excess and Surplus Insurance
Company

**CARNEY BADLEY SPELLMAN, P.S.**

By _____
  Donald J. Verfurth, WSBA #15554
  Neal J. Philip, WSBA #22350
Attorneys for Defendant
Granite State Insurance Company

**KARR TUTTLE CAMPBELL**

By _____
  Robert A. Radcliffe, WSBA #19035
  Jacquelyn A. Beatty, WSBA #17567
Attorneys for Defendant
American Guarantee and Liability Insurance
Company

**GORDON & POLSCER, L.L.C.**

By _____
  Joseph D. Hampton, WSBA #15297
  Russell W. Pike, WSBA #17715
Attorneys for Defendant
Royal Insurance Company of America f/k/a
Royal Globe Insurance Company

**BARBER LAW GROUP**

By _____
  Bryan M. Barber
Attorneys for Defendant
Employers Insurance of Wausau

**GORDON MURRAY TILDEN LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

1  Claim-Bar Order" within the meaning of Paragraph 2.8 of the Main Settlement Agreement.

3      DATED this 7th day of June , 2005.

5  **GORDON MURRAY TILDEN LLP**          **SOHA & LANG**

8  By_____            By_____
9    Franklin D. Cordell, WSBA #26329       Steven Soha, WSBA #9415
10  **Attorneys for Plaintiff**              Misty Edmundson, WSBA #296096
11  **Cadet Manufacturing Company**        Attorneys for Defendant
12                                         Century Indemnity Company

14  **KELLER ROHRBACK L.L.P.**            **ABBOTT & PRANGE, P.C.**

17  By_____            By_____
18    Margaret E. Wetherald, WSBA #13917    David E. Prange, WSBA #32651
19  **Attorneys for Defendants**           Attorneys for Defendants
20  Fireman's Fund Insurance Company and   Great American Insurance Company and
21  The American Insurance Company         Agricultural Excess and Surplus Insurance
22                                         Company

24  **CARNEY BADLEY SPELLMAN, P.S.**      **KARR TUTTLE CAMPBELL**

27  By_____            By_____
28    Donald J. Verfurth, WSBA #15554       Robert A. Radcliffe, WSBA #19035
29    Neal J. Philip, WSBA #22350           Jacquelyn A. Beatty, WSBA #17567
30  **Attorneys for Defendant**            Attorneys for Defendant
31  Granite State Insurance Company        American Guarantee and Liability Insurance
32                                         Company

34  **GORDON & POLSCER, L.L.C.**          **BARBER LAW GROUP**

37  By_____            By_____
38    Joseph D. Hampton, WSBA #15297        Bryan M. Barber
39    Russell W. Pike, WSBA #17715        **Attorneys for Defendant**
40  **Attorneys for Defendant**           Employers Insurance of Wausau
41  Royal Insurance Company of America f/k/a
42  Royal Globe Insurance Company

STIPULATION AND PROPOSED ORDER - 4            **GORDON MURRAY TILDEN LLP**
No. C04-5411 FDB                              1001 Fourth Avenue, Suite 4000
                                              Seattle, WA 98154
                                              Phone (206) 467-6477

Claim-Bar Order" within the meaning of Paragraph 2.8 of the Main Settlement Agreement.

DATED this 7th day of June                   , 2005.

**GORDON MURRAY TILDEN** LLP

By_____
   Franklin D. Cordell, WSBA #26329
Attorneys for Plaintiff
Cadet Manufacturing Company

**SOHA & LANG**

By_____
   Steven Soha, WSBA #9415
   Misty Edmundson, WSBA #296096
Attorneys for Defendant
Century Indemnity Company

**KELLER ROHRBACK L.L.P.**

By_____
   Margaret E. Wetherald, WSBA #13917
Attorneys for Defendants
Fireman's Fund Insurance Company and
The American Insurance Company

**ABBOTT & PRANGE, P.C.**

By_____
   David E. Prange, WSBA #32651
Attorneys for Defendants
Great American Insurance Company and
Agricultural Excess and Surplus Insurance
Company

**CARNEY BADLEY SPELLMAN, P.S.**

By_____
   Donald J. Verfurth, WSBA #15554
   Neal J. Philip, WSBA #22350
Attorneys for Defendant
Granite State Insurance Company

**KARR TUTTLE CAMPBELL**

By_____
   Robert A. Radcliffe, WSBA #19035
   Jacquelyn A. Beatty, WSBA #17567
Attorneys for Defendant
American Guarantee and Liability Insurance
Company

**GORDON & POLSCER, L.L.C.**

By_____
   Joseph D. Hampton, WSBA #15297
   Russell W. Pike, WSBA #17715
Attorneys for Defendant
Royal Insurance Company of America f/k/a
Royal Globe Insurance Company

**BARBER LAW GROUP**

By_____
   Bryan M. Barber
Attorneys for Defendant
Employers Insurance of Wausau

STIPULATION AND PROPOSED ORDER - 4
No. C04-5411 FDB

Claim-Bar Order" within the meaning of Paragraph 2.8 of the Main Settlement Agreement.

DATED this 7th day of June , 2005.

**GORDON MURRAY TILDEN LLP**                    **SOHA & LANG**

By                                              By
  Franklin D. Cordell, WSBA #26329            Steven Soha, WSBA #9415
Attorneys for Plaintiff                           Misty Edmundson, WSBA #296096
Cadet Manufacturing Company                     Attorneys for Defendant
                                                Century Indemnity Company


**KELLER ROHRBACK L.L.P.**                       **ABBOTT & PRANGE, P.C.**


By                                              By
  Margaret E. Wetherald, WSBA #13917           David E. Prange, WSBA #32651
Attorneys for Defendants                        Attorneys for Defendants
Fireman's Fund Insurance Company and            Great American Insurance Company and
The American Insurance Company                   Agricultural Excess and Surplus Insurance
                                                Company


**CARNEY BADLEY SPELLMAN, P.S.**                  **KARR TUTTLE CAMPBELL**


By                                              By
  Donald J. Verfurth, WSBA #15554              Robert A. Radcliffe, WSBA #19035
  Neal J. Philip, WSBA #22350                 Jacquelyn A. Beatty, WSBA #17567
Attorneys for Defendant                         Attorneys for Defendant
Granite State Insurance Company                  American Guarantee and Liability Insurance
                                                Company


**GORDON & POLSCER, L.L.C.**                      **BARBER LAW GROUP**


By                                              By
  Joseph D. Hampton, WSBA #15297               Bryan M. Barber
  Russell W. Pike, WSBA #17715              Attorneys for Defendant
Attorneys for Defendant                         Employers Insurance of Wausau
Royal Insurance Company of America f/k/a
Royal Globe Insurance Company


STIPULATION AND PROPOSED ORDER - 4                          GORDON MURRAY TILDEN LLP
No. C04-5411 FDB                                            1001 Fourth Avenue, Suite 4000
                                                                    Seattle, WA 98154
                                                                Phone (206) 467-6477
                                                                 Fax (206) 467-6202

06-07-05    03:48PM    FROM-Gordon & Polscer, LLC    T-678    P.002/002    F-141

Case 3:04-cv-05411-FDB    Document 124    Filed 07/15/05    Page 8 of 11
Case 3:04-cv-05411-FDB    Document 112    Filed 06/08/2005    Page 8 of 11

1   Claim-Bar Order" within the meaning of Paragraph 2.8 of the Main Settlement Agreement.
2
3       DATED this 7th day of June _____, 2005.
4
5   **GORDON MURRAY TILDEN LLP**          **SOHA & LANG**
6
7
8   By_____           By_____
9       Franklin D. Cordell, WSBA #26329      Steven Soha, WSBA #9415
10      Attorneys for Plaintiff               Misty Edmundson, WSBA #296096
11      Cadet Manufacturing Company           Attorneys for Defendant
12                                            Century Indemnity Company
13
14  **KELLER ROHRBACK L.L.P.**          **ABBOTT & PRANGE, P.C.**
15
16
17  By_____           By_____
18      Margaret E. Wetherald, WSBA #13917    David E. Prange, WSBA #32651
19      Attorneys for Defendants              Attorneys for Defendants
20      Fireman's Fund Insurance Company and  Great American Insurance Company and
21      The American Insurance Company        Agricultural Excess and Surplus Insurance
22                                            Company
23
24  **CARNEY BADLEY SPELLMAN, P.S.**     **KARR TUTTLE CAMPBELL**
25
26
27  By_____           By_____
28      Donald J. Verfurth, WSBA #15554       Robert A. Radcliffe, WSBA #19035
29      Neal J. Philip, WSBA #22350           Jacquelyn A. Beatty, WSBA #17567
30      Attorneys for Defendant               Attorneys for Defendant
31      Granite State Insurance Company       American Guarantee and Liability Insurance
32                                            Company
33
34  **GORDON & POLSCER, L.L.C.**        **BARBER LAW GROUP**
35
36
37  By_____           By_____
38      Joseph D. Hampton, WSBA #15297        Bryan M. Barber
39      Russell W. Pike, WSBA #17715          Attorneys for Defendant
40      Attorneys for Defendant               Employers Insurance of Wausau
41      Royal Insurance Company of America f/k/a
42      Royal Globe Insurance Company
43
44
45


STIPULATION AND PROPOSED ORDER - 4          **GORDON MURRAY TILDEN LLP**
No. C04-5411 FDB                            1001 Fourth Avenue, Suite 4000
                                            Seattle, WA 98154
                                            Phone (206) 467-6477
                                            Fax (206) 467-6292

Claim-Bar Order" within the meaning of Paragraph 2.8 of the Main Settlement Agreement.

DATED this 7th day of June, 2005.

**GORDON MURRAY TILDEN LLP**

By _____
   Franklin D. Cordell, WSBA #26329
Attorneys for Plaintiff
Cadet Manufacturing Company

**KELLER ROHRBACK L.L.P.**

By _____
   Margaret E. Wetherald, WSBA #13917
Attorneys for Defendants
Fireman's Fund Insurance Company and
The American Insurance Company

**CARNEY BADLEY SPELLMAN, P.S.**

By _____
   Donald J. Verfurth, WSBA #15554
   Neal J. Philip, WSBA #22350
Attorneys for Defendant
Granite State Insurance Company

**GORDON & POLSCER, L.L.C.**

By _____
   Joseph D. Hampton, WSBA #15297
   Russell W. Pike, WSBA #17715
Attorneys for Defendant
Royal Insurance Company of America f/k/a
Royal Globe Insurance Company

**SOHA & LANG**

By _____
   Steven Soha, WSBA #9415
   Misty Edmundson, WSBA #296096
Attorneys for Defendant
Century Indemnity Company

**ABBOTT & PRANGE, P.C.**

By _____
   David E. Prange, WSBA #32651
Attorneys for Defendants
Great American Insurance Company and
Agricultural Excess and Surplus Insurance
Company

**KARR TUTTLE CAMPBELL**

By _____
   Robert A. Radcliffe, WSBA #19035
   Jacquelyn A. Beatty, WSBA #17567
Attorneys for Defendant
American Guarantee and Liability Insurance
Company

**BARBER LAW GROUP**

By _____
   Bryan M. Barber
Attorneys for Defendant
Employers Insurance of Wausau

STIPULATION AND PROPOSED ORDER - 4
No. C04-5411 FDB

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

CARON, CONSTANTS & WILSON

By _Margaret F. Wetherald_

Sherry L. Pantages  _(per telephone_
Attorneys for Defendants  _authority)_
Fireman's Fund Insurance Company,
American Insurance Company, and National
Surety Corporation

## ORDER

Based upon the above Stipulation,

IT IS HEREBY ORDERED that:

1.    The Claim-Bar Motion is GRANTED with respect to any contribution claims that may be asserted against the Settling Defendants; and any and all actual or alleged insurers of Cadet are hereby enjoined from bringing any suit, proceeding, or claim for contribution against any or all such Settling Defendants.

2.    Neither the Claim-Bar Motion nor the Settlement Agreements shall prejudice or alter in any way:  (a) defendant Granite State's rights, defenses, or positions with respect to Cadet's claims for insurance coverage under Granite State's policies; (b) Cadet's rights or positions with respect to Cadet's claims for insurance coverage under Granite State's policies; (c) Granite State's rights, defenses, or positions with respect to any claims for contribution that may be asserted against Granite State by defendants Century and/or Great American in connection with Cadet's claims for insurance coverage under Century's and/or Great American's policies; (d)  Century's and/or Great American's rights, defenses, or positions with respect to any claims for contribution that may be asserted by Granite State against Century and/or Great American in connection with Cadet's claims for insurance coverage under the Granite State policies; (e) Century's and/or Great American's rights or positions with respect to any claims for

STIPULATION AND PROPOSED ORDER - 5
No. C04-5411 FDB

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

contribution that Century or Great American may assert against Granite State in connection with Cadet's claims for insurance coverage under Century's or Great American's policies; or (f) Granite State's rights or positions with respect to any claims for contribution that Granite State may assert against Century and/or Great American in connection with Cadet's claims for insurance coverage under Granite State's policies.

3.    Approval of the Settlement Agreements shall not confer any rights or benefits upon the Port of Vancouver, nor shall it be deemed a comment upon any rights or benefits possessed by the Port of Vancouver.

4.    This Stipulation and Order constitutes a "Final Claim-Bar Order" within the meaning of Paragraph 2.8 of the Main Settlement Agreement.

DATED this _15_ day of _____, 2005.

_____
The Honorable Franklin D. Burgess
United States District Court Judge

Presented by:

**GORDON MURRAY TILDEN** LLP

By _____
Franklin D. Cordell, WSBA #26329
Attorneys for Plaintiff
Cadet Manufacturing Company

STIPULATION AND PROPOSED ORDER - 6
No. C04-5411 FDB