1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CADET MANUFACTURING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INSURANCE COMPANY, ROYAL INSURANCE COMPANY OF AMERICA f/k/a ROYAL GLOBE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU, AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY, GRANITE STATE INSURANCE COMPANY, CENTURY INDEMNITY INSURANCE COMPANY, GREAT AMERICAN INSURANCE COMPANY, AND AGRICULTURAL EXCESS AND SURPLUS INSURANCE COMPANY,<br><br>Defendant. | NO. C04-5411 FDB<br><br>STIPULATION AND ORDER EXTENDING DUE DATE FOR REPLY MEMORANDA |

### STIPULATION

The undersigned parties are agreed that a brief extension of the filing date for the reply memoranda on the pending motions is appropriate.  IT IS HEREBY stipulated by the

---

STIPULATION AND ORDER EXTENDING DUE DATE - 1
No. C04-5411 KLS

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

undersigned counsel for the parties that the due date for the reply memoranda in connection with the following:

1. Cadet's Motion for Partial Summary Judgment Re: Two "Premises Locations";

2. Granite State's Cross Motion for Summary Judgment Re: Number of Occurrences;

3. Cadet's Motion for Partial Summary Judgment Re: Granite State Insurance Company's Duty to Defend; and

4. Cadet's Motion for Partial Summary Judgment Re: Insurance Limits Exposed Under Granite State Policies;

should be extended from September 22, 2005 to September 28, 2005.

**GORDON MURRAY TILDEN LLP**

By_s/_____
   Franklin D. Cordell, WSBA #26392
   Attorneys for Plaintiff
Cadet Manufacturing Company

**CARNEY BADLEY SPELLMAN, P.S.**

By_s/_____
   Donald J. Verfurth, WSBA #15554
   Attorneys for Defendant
   Granite State Insurance Company

**SOHA & LANG, P.S.**

By_s/_____
   Steven Soha, WSBA #9415
Attorneys for Defendant
Century Indemnity Company

**ABBOTT & PRANGE, P.C.**

By_s/_____
   David E. Prange, WSBA #32651
Attorneys for Defendants
Great American Insurance Company and
Agricultural Excess and Surplus Insurance
Company

# ORDER

Based upon the above Stipulation,

STIPULATION AND ORDER EXTENDING DUE DATE - 2
No. C04-5411 KLS

**GORDON MURRAY TILDEN LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

IT IS HEREBY ORDERED that the due date for the reply memoranda in connection with the above-listed motions is extended to September 28, 2005.

DATED this <u>21st</u> day of <u>September</u>, 2005.

_[signature]_

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

**GORDON MURRAY TILDEN LLP**

By <u>s/_____</u>
   Franklin D. Cordell, WSBA #26392
   Attorneys for Plaintiff
Cadet Manufacturing Company

STIPULATION AND ORDER EXTENDING DUE DATE - 3
No. C04-5411 KLS

**GORDON MURRAY TILDEN LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292