UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CADET MANUFACTURING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INSURANCE COMPANY, ROYAL INSURANCE COMPANY OF AMERICA f/k/a ROYAL GLOBE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU, AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY, NATIONAL SURETY CORPORATION, GRANITE STATE INSURANCE COMPANY, CENTURY INDEMNITY COMPANY, GREAT AMERICAN INSURANCE COMPANY, AND AGRICULTURAL EXCESS AND SURPLUS INSURANCE COMPANY,<br><br>Defendant. | Case No. C04-5411FDB<br><br>ORDER GRANTING GRANITE STATE INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER |

Before the court is Defendant Granite State Insurance Company's ("Granite State") unopposed motion for leave to file first amended answer. The court, having reviewed the motion, Granite State's proposed amended answer, and remainder of the file, finds that the motion should be

ORDER - 1

1 granted.

2     ACCORDINGLY,

3     IT IS ORDERED:

4     (1)    Granite State Insurance Company's Motion for Leave to File First Amended Answer

5         (Dkt.#181) is **GRANTED**.

7 Dated this 25th day of October, 2005.

                        /s/ Franklin D. Burgess
                        FRANKLIN D. BURGESS
                        UNITED STATES DISTRICT JUDGE

26 ORDER - 2