The Hon. Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CADET MANUFACTURING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INSURANCE COMPANY, ROYAL INSURANCE COMPANY OF AMERICA f/k/a ROYAL GLOBE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU, AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY, NATIONAL SURETY CORPORATION, GRANITE STATE INSURANCE COMPANY, CENTURY INDEMNITY COMPANY, GREAT AMERICAN INSURANCE COMPANY, AND AGRICULTURAL EXCESS AND SURPLUS INSURANCE COMPANY,<br><br>Defendants. | NO. C04-5411 FDB<br><br>STIPULATION AND ORDER RE: RESOLUTION OF GRANITE STATE INSURANCE COMPANY'S MOTION FOR CONTINUANCE |

## STIPULATION

WHEREAS, all parties have agreed to resolve by this Stipulation the issues raised by

Granite State Insurance Company's Motion to Continue Hearing Date on Century Indemnity

STIPULATION AND [PROPOSED] ORDER - 1
No. C04-5411 FDB

**GORDON MURRAY TILDEN LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Company's Motion for Order Approving Settlement and Barring Claims Against Settling Insurers (the "Continuance Motion");

NOW, THEREFORE, the parties stipulate as follows:

1. Century Indemnity Company ("Century") has re-noted its Motion for Order Approving Settlement and Barring Claims Against Settling Insurers for consideration on March 17, 2006.

2. Consistent with the Local Rules, any opposition to such Motion shall be due on March 13, 2006, and any reply shall be due on March 17, 2006.

3. In recognition of the fact that the Hon. Paul B. Snyder is expected to issue a ruling on a related Motion in U.S. Bankruptcy Court during the week of March 13, the parties to this matter may file, no later than two court days after such ruling by Judge Snyder, addenda of no more than 10 pages addressing the effect, if any, of Judge Snyder's ruling on Century's Motion.

4. The Continuance Motion is withdrawn.

DATED this 13th day of February, 2006.

| | |
|---|---|
| **GORDON MURRAY TILDEN LLP** | **SOHA & LANG** |
| By_____ | By_____ |
|    Franklin D. Cordell, WSBA #26329 |    Steven Soha, WSBA #9415 |
| Attorneys for Plaintiff |    Misty Edmundson, WSBA #296096 |
| Cadet Manufacturing Company | Attorneys for Defendant |
| | Century Indemnity Company |
| **CARNEY BADLEY SPELLMAN, P.S.** | **ABBOTT & PRANGE, P.C.** |
| By_____ | By_____ |
|    Donald J. Verfurth, WSBA #15554 |    David E. Prange, WSBA #32651 |
|    Neal J. Philip, WSBA #22350 | Attorneys for Defendants |
| Attorneys for Defendant | Great American Insurance Company and |
| Granite State Insurance Company | Agricultural Excess and Surplus Insurance Company |

STIPULATION AND [PROPOSED] ORDER - 2
No. C04-5411 FDB

**GORDON MURRAY TILDEN LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

**WILEY REIN & FIELDING, LLP**

By_____
   Laura A. Foggan
Attorneys for Defendant
Granite State Insurance Company

## ORDER

Based upon the above Stipulation,

IT IS HEREBY ORDERED that:

1. Century's Motion for Order Approving Settlement and Barring Claims Against Settling Insurers shall be set for consideration on March 17, 2006.

2. Consistent with the Local Rules, any opposition to such Motion shall be due on March 13, 2006, and any reply shall be due on March 17, 2006.

3. In recognition of the fact that the Hon. Paul B. Snyder is expected to issue a ruling on a related Motion in U.S. Bankruptcy Court during the week of March 13, the parties to this matter may file, no later than two court days after such ruling by Judge Snyder, addenda of no more than 10 pages addressing the effect, if any, of Judge Snyder's ruling on Century's Motion.

4. The Continuance Motion is deemed withdrawn.

DATED this 16th day of February 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER - 3
No. C04-5411 FDB

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

Presented by

**GORDON MURRAY TILDEN LLP**


By_____
   Franklin D. Cordell, WSBA #26392
   Attorneys for Plaintiff
Cadet Manufacturing Company
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154-1007
Telephone:  (206) 467-6477
Facsimile:  (206) 467-6292
Email:  fcordell@gmtlaw.com

STIPULATION AND [PROPOSED] ORDER - 4
No. C04-5411 FDB

**GORDON MURRAY TILDEN LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on February __, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Steven Soha, WSBA #9415<br>Misty Edmundson, WSBA #29606<br>Soha & Lang, P.S.<br>701 Fifth Avenue, Suite 2400<br>Seattle, WA  98104<br>Telephone:  (206) 624-1800<br>Facsimile:  (206) 624-3585<br>soha@sohalang.com<br>edmundson@sohalang.com<br>(  ) Mail        (  ) Hand Delivery<br>(  ) Fax         (  ) Federal Express | **Attorneys for Defendant<br>Century Indemnity Company** |
| David E. Prange, WSBA #32651<br>Abbott & Prange, P.C.<br>111 SW 5th Avenue, Suite 2650<br>Portland, OR  97204<br>Telephone:  (503) 241-1254<br>Facsimile:  (503) 241-1245<br>Email:  dprange@abbottprange.com<br>(  ) Mail        (  ) Hand Delivery<br>(  ) Fax         (  ) Federal Express | **Attorneys for Defendants Great<br>American Insurance Company and<br>Agricultural Excess and Surplus<br>Insurance Company** |
| Donald J. Verfurth, WSBA #15554<br>Neal J. Philip, WSBA #22350<br>Carney Badley Spellman, P.S.<br>700 Fifth Avenue, Suite 5800<br>Seattle, WA  98104<br>Telephone:  (206) 622-8020<br>Facsimile:  (206) 467-8215<br>Email:  verfurth@carneylaw.com<br>          Philip@carneylaw.com<br>(  ) Mail        (  ) Hand Delivery<br>(  ) Fax         (  ) Federal Express | **Attorneys for Defendant Granite State<br>Insurance Company** |

| | |
|---|---|
| 1 | Laura A. Foggan |
| 2 | Wiley Rein & Fielding, LLP |
| 3 | 1776 K Street, NW |
| 4 | Washington, D.C.  20006 |
| 5 | Telephone:  (202) 719-3382 |
| 6 | Facsimile:  (202) 719-7049 |
| 7 | Email:  lfoggan@wrf.com |
| 8 | (  ) Mail         (  ) Hand Delivery |
| 9 | (  ) Fax          (  ) Federal Express |

**GORDON MURRAY TILDEN LLP**

By_____
   Franklin D. Cordell, WSBA #26392
   Attorneys for Plaintiff
   Cadet Manufacturing Company
   1001 Fourth Avenue, Suite 4000
   Seattle, WA  98154-1007
   Telephone:  (206) 467-6477
   Facsimile:  (206) 467-6292
   Email:  fcordell@gmtlaw.com

---

STIPULATION AND [PROPOSED] ORDER - 6
No. C04-5411 FDB

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292