UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CADET MANUFACTURING COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN INSURANCE COMPANY, ROYAL INSURANCE COMPANY OF AMERICA f/k/a ROYAL GLOBE INSURANCE COMPANY, EMPLOYERS INSURANCE COMPANY OF WAUSAU, AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, FIREMAN'S FUND INSURANCE COMPANY, NATIONAL SURETY CORPORATION, GRANITE STATE INSURANCE COMPANY, CENTURY INDEMNITY COMPANY, GREAT AMERICAN INSURANCE COMPANY, AND AGRICULTURAL EXCESS AND SURPLUS INSURANCE COMPANY,<br><br>Defendant. | Case No. C04-5411FDB<br><br>ORDER GRANTING DEFENDANT GRANITE STATE INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF OF 24 PAGES |

This matter is before the court on the motion of Defendant Granite State Insurance Company ("Granite State") for leave to file an overlength brief of 40 pages to respond to the motion for order approving settlement and barring claims against settling insurers of Defendant Century Indemnity

ORDER - 1

Company and joinder motions of Defendants Cadet Manufacturing and Great American Insurance Company (the combined briefs total 37 pages). The Court finds that Granite State has failed to show good cause for a response brief exceeding the length of the motions, but has shown good cause for an increase in the number of pages allowed pursuant to Local Rule 7(e).

ACCORDINGLY,

IT IS ORDERED:

a. Granite State's motion for leave to file an overlength brief (Dkt.# 228) is **GRANTED** to the extent that it may file a response brief of 24 pages.

DATED this 10th day of March, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2