UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| CADET MANUFACTURING COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>GRANITE STATE INSURANCE COMPANY, CENTURY INDEMNITY COMPANY, AND GREAT AMERICAN INSURANCE COMPANY,<br><br>  Defendants. | NO. C04-5411 FDB<br><br>STIPULATION AND ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF |

Pursuant to GR 2(g), the parties hereby stipulate that the firm of Schwabe, Williamson & Wyatt may be substituted as counsel for Cadet Manufacturing Company, and that Gordon Murray Tilden LLP may withdraw. The undersigned withdrawing counsel certifies, pursuant to GR 2(g)(4)(A), that a copy of this Stipulation and [Proposed] Order has been served on Cadet Manufacturing Company, and that the withdrawal and substitution is being undertaken pursuant to a settlement agreement and with Cadet Manufacturing Company's consent.

STIPULATION AND ORDER PERMITTING WITHDRAWAL
AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF - 1
No. C04-5411FDB

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

DATED this _____ day of April, 2006.

| | |
|---|---|
| **GORDON MURRAY TILDEN LLP** | **SOHA & LANG, P.S.** |
| By _____<br>Franklin D. Cordell, WSBA #26392<br>Attorneys for Plaintiff | By _____<br>Steven Soha, WSBA #9415<br>Misty Edmundson, WSBA #29606<br>Attorneys for Defendant Century<br>Indemnity Company |
| **ABBOTT & PRANGE, P.C.** | **CARNEY BADLEY SPELLMAN, P.S.** |
| By _____<br>David E. Prange, WSBA #32651<br>Attorneys for Defendant Great<br>American Insurance Company | By _____<br>Donald J. Verfurth, WSBA #15554<br>Attorneys for Granite State Insurance<br>Company |
| **WILEY REIN & FIELDING, LLP** | |
| By _____<br>Laura A. Foggan<br>Attorneys for Defendant Granite<br>State Insurance Company | |

STIPULATION AND ORDER PERMITTING WITHDRAWAL
AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF - 2
No. C04-5411FDB

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

**ORDER**

Based upon the foregoing stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that, effective immediately, the firm of Gordon Murray Tilden LLP has withdrawn and that David F. Bartz, Jr. of Schwabe, Williamson & Wyatt, 1211 S.W. 5th, Suite 1900, Portland, Oregon 97204, is substituted as counsel of record for Cadet Manufacturing Company.

DATED this 10th day of April, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER PERMITTING WITHDRAWAL
AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF - 3
No. C04-5411FDB

**GORDON MURRAY TILDEN LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on April _____, 2006 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Steven Soha, WSBA #9415<br>Misty Edmundson, WSBA #29606<br>Soha & Lang, P.S.<br>701 Fifth Avenue, Suite 2400<br>Seattle, WA  98104<br>Telephone:  (206) 624-1800<br>Facsimile:  (206) 624-3585<br>soha@sohalang.com<br>edmundson@sohalang.com<br>(  ) Mail         (  ) Hand Delivery<br>(  ) Fax          (  ) Federal Express | **Attorneys for Defendant**<br>**Century Indemnity Company** |
| David E. Prange, WSBA #32651<br>Abbott & Prange, P.C.<br>111 SW 5th Avenue, Suite 2650<br>Portland, OR  97204<br>Telephone:  (503) 241-1254<br>Facsimile:  (503) 241-1245<br>Email:  dprange@abbottprange.com<br>(  ) Mail         (  ) Hand Delivery<br>(  ) Fax          (  ) Federal Express | **Attorneys for Defendant Great**<br>**American Insurance Company** |
| Donald J. Verfurth, WSBA #15554<br>Neal J. Philip, WSBA #22350<br>Carney Badley Spellman, P.S.<br>700 Fifth Avenue, Suite 5800<br>Seattle, WA  98104<br>Telephone:  (206) 622-8020<br>Facsimile:  (206) 467-8215<br>Email:  verfurth@carneylaw.com<br>         Philip@carneylaw.com<br>(  ) Mail         (  ) Hand Delivery<br>(  ) Fax          (  ) Federal Express | **Attorneys for Defendant Granite State**<br>**Insurance Company** |

STIPULATION AND ORDER PERMITTING WITHDRAWAL
AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF - 4
No. C04-5411FDB

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

| | |
|---|---|
| 1 | Laura A. Foggan |
| 2 | Wiley Rein & Fielding, LLP |
| 3 | 1776 K Street, NW |
| 4 | Washington, D.C.  20006 |
| 5 | Telephone:  (202) 719-3382 |
| 6 | Facsimile:  (202) 719-7049 |
| 7 | Email:  lfoggan@wrf.com |
| 8 | (  )  Mail         (  )  Hand Delivery |
| 9 | (  )  Fax          (  )  Federal Express |

**GORDON MURRAY TILDEN LLP**

By_____
　　Franklin D. Cordell, WSBA #26392
　　Attorneys for Plaintiff
　　Cadet Manufacturing Company
　　1001 Fourth Avenue, Suite 4000
　　Seattle, WA  98154-1007
　　Telephone:  (206) 467-6477
　　Facsimile:  (206) 467-6292
　　Email:  fcordell@gmtlaw.com

---

STIPULATION AND ORDER PERMITTING WITHDRAWAL
AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF - 5
No. C04-5411FDB

**GORDON MURRAY TILDEN LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292